IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES MOORE, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 15-2519 |
| | : | |
| v. | : | |
| | : | |
| ELPIZO, R.I., L.P., et al., | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 7th day of March, 2017, upon consideration of Defendants Elpizo R.I., LP, Ipax, R.I., Inc., and Phileo R.I., Inc.'s Motion for Summary Judgment (Doc. No. 44) and Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment (Doc. No. 47), it is hereby ORDERED that Defendants' Motion is DENIED.[1]

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE

---

[1] This Order accompanies the Court's Memorandum Opinion dated March 7, 2017.